UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWIGHT LODGE : | |
| : | |
| Plaintiff, : | |
| : | Case: 1:09-cv-02110 |
| v. : | Assigned to: Judge Emmitt Sullivan |
| : | Description: PI/Malpractice |
| DISTRICT HOSPITAL PARTNERS, LP : | |
| D/B/A THE GEORGE WASHINGTON : | |
| UNIVERSITY HOSPITAL, et al. : | |
| : | |
| Defendants. : | |

### STIPULATION OF DISMISSAL AS TO DEFENDANT, MEDICAL FACULTY ASSOCIATES INC.

Pursuant to FRCP Rule 41(a) (1)(A)(ii), the parties do hereby stipulate and agree to the dismissal <u>without prejudice</u> of Plaintiff's claims against Defendant Medical Faculty Associates, Inc., its agents, servants and employees, only. Each side shall be responsible for their own costs.

Respectfully submitted,

SALSBURY, CLEMENTS, BEKMAN,  ARMSTRONG, DONOHUE, CEPPOS
MARDER & ADKINS, L.L.C  VAUGHAN & RHOADES, CHTRD.

 /s/ Stuart M. Salsbury (with permission)   /s/ Edward A. Gonsalves
Stuart M. Salsbury, Esquire #463059  Kenneth Armstrong #320507
300 West Pratt Street, Suite 450  Edward A. Gonsalves #425160
Baltimore, MD 21201  204 Monroe Street, Suite 101
*Counsel for Plaintiff*  Rockville, Maryland 20850
 (301) 251-0440
 *Counsel for Defendant, Medical Faculty Associates, Inc.*

**GOODELL, DeVRIES, LEECH & DANN, LLP**

/s/ Aaron L. Moore (with permission)
Thomas V. Monahan, Jr., Esquire
Aaron L. Moore, Esquire
One South Street, 20th Floor
Baltimore, MD 21202
*Counsel for Defendant District Hospital Partners, LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2010, a copy of the foregoing Stipulation of Dismissal as to Defendant, Medical Faculty Associates, Inc., was electronically filed and served upon:

Stuart M. Salsbury, Esquire
Salsbury, Clements, Bekman, Marder & Adkins, L.L.C.
300 West Pratt Street, Suite 450
Baltimore, MD 21201

Thomas V. Monahan, Jr., Esquire
Aaron L. Moore, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

/s/ Edward A. Gonsalves
Edward A. Gonsalves