**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DWIGHT LODGE** *

**Plaintiff,** *

**v.** * **Civil Action No.: 1:09 CV 02110 (EGS)**

**DISTRICT HOSPITAL PARTNERS, LP,** *
**d/b/a THE GEORGE WASHINGTON**
**UNIVERSITY HOSPITAL, et al.** *

**Defendants.** *

* * * * * * * * * * * * *

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**OF DEFENDANT MARIAMA NIXON**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby stipulates to the dismissal of Defendant Mariama Nixon, with prejudice, from this action. No other party shall be dismissed at this time.

Respectfully submitted,

/s/ Stuart M. Salsbury
Stuart M. Salsbury, Esquire
(DC Bar # 463059)
Salsbury Clements Bekman Marder & Adkins
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201
*Attorneys for Plaintiff*

/s/ Aaron L. Moore
Thomas V. Monahan, Esquire
(DC Bar # 457213)
Aaron L. Moore, Esquire
(DC Bar # 500099)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th floor
Baltimore, Maryland 21202
(410) 783-4000 (Office)
(410) 783-4040 (Facsimile)
*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on this 8th day of August 2012, a copy of the foregoing Stipulation of Dismissal with Prejudice of Defendant Mariama Nixon was electronically filed to:

Stuart M. Salsbury, Esquire
Greg Hopper, Esquire
Salsbury Clements Bekman Marder & Adkins
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201
*Attorneys for Plaintiff*

/s/ *Aaron L. Moore*
Aaron L. Moore (#500099)

4826-8473-5248, v. 1