**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DWIGHT LODGE** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil Action No.:  1:09 CV 02110 (EGS) |
| **DISTRICT HOSPITAL PARTNERS, LP,** | * | |
| **d/b/a THE GEORGE WASHINGTON** | | |
| **UNIVERSITY HOSPITAL, et al.** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**OF DEFENDANT DISTRICT HOSPITAL PARTNERS, LP**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby stipulates to the dismissal of Defendant District Hospital Partners, LP, d/b/a The George Washington University Hospital, with prejudice, from this action.

Respectfully submitted,

/s/ Stuart M. Salsbury                           /s/ Aaron L. Moore
Stuart M. Salsbury, Esquire                Thomas V. Monahan, Esquire
(DC Bar # 463059)                            (DC Bar # 457213)
Salsbury Clements Bekman Marder & Adkins    Aaron L. Moore, Esquire
300 W. Pratt Street, Suite 450            (DC Bar # 500099)
Baltimore, Maryland  21201                Goodell, DeVries, Leech & Dann, LLP
*Attorneys for Plaintiff*                         One South Street, 20th floor
                                                              Baltimore, Maryland  21202
                                                              (410) 783-4000 (Office)
                                                              (410) 783-4040 (Facsimile)
                                                              *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of August 2012, a copy of the foregoing Stipulation of Dismissal with Prejudice of Defendant District Hospital Partners, LP was electronically filed to:

> Stuart M. Salsbury, Esquire
> Greg Hopper, Esquire
> Salsbury Clements Bekman Marder & Adkins
> 300 W. Pratt Street, Suite 450
> Baltimore, Maryland  21201
> *Attorneys for Plaintiff*

                                              /s/ *Aaron L. Moore*
                                            Aaron L. Moore (#500099)